Ben M. Davidson (State Bar No. 181464)
DAVIDSON LAW GROUP, ALC
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 473-2300
Facsimile: (310) 473-2941
Email: bdavidson@davidson-lawfirm.com

Nadya C. Davis (admitted *pro hac vice*)
HOLLAND & HART, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302
Telephone: (303) 473-2700
Facsimile: (303) 473-2720
E-mail: ncdavis@hollandhart.com

Attorneys for Plaintiff
RE/MAX, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RE/MAX, LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br> v.<br><br>ARE GROUP, INC., a California corporation, d/b/a AMEN REAL ESTATE, and JAMES AMEN, an individual,<br><br>     Defendants. | Case No. 2:17-cv-00360-MCE-EFB<br><br>**STIPULATED REQUEST TO STAY PROCEEDINGS FOR TWO WEEKS PENDING SETTLEMENT; ORDER** |

Plaintiff, RE/MAX, LLC ("Plaintiff"), and Defendants, ARE Group, Inc., d/b/a Amen Real Estate, and James Amen ("Defendants") (Plaintiff and Defendants collectively, "the Parties"), by and through their respective attorneys, hereby submit this Stipulated Request to Stay the Proceedings for Two Weeks to allow the Parties time to finalize a settlement. As grounds for this Request, the Parties jointly state as follows:

1) Plaintiff filed its Complaint on February 17, 2017 [Dkt. 1].

2) Defendants were served with the Complaint on February 23, 2017 [Dkts. 6-7].

3) Since shortly after service of the Complaint, the Parties have been negotiating the terms of a settlement that would resolve all claims at issue in the Complaint.

4) The Parties recently came to agreement on the keys terms for a full settlement, and are now negotiating a formal settlement agreement, which they anticipate being able to finalize within two weeks.

5) The Parties respectfully request that the Court stay all deadlines in this case for two weeks to allow the Parties time to finalize their settlement document.

Dated: April 19, 2017

Respectfully submitted,

/s Ben M. Davidson
Ben M. Davidson
DAVIDSON LAW GROUP, ALC
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 473-2300
Facsimile: (310) 473-2941
Email: bdavidson@davidson-lawfirm.com
**ATTORNEY FOR PLAINTIFF
RE/MAX, LLC**

/s Erica L. Rosasco (as authorized on April 19, 2017)
Erica L. Rosasco
MCKAGUE ROSASCO PC
2202 Plaza Drive
Rocklin, CA 95756
Telephone: (916) 672-6552
Facsimile: (916) 672-6563
Email: erica@mckaguerosaco.com
**ATTORNEY FOR DEFENDANTS**

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the Court hereby stays all deadlines in this case for two weeks from the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE